**CITY OF UNIVERSITY HEIGHTS, Appellee,**

**v.**

**ROTHSCHILD, Appellant.**

[Cite as *Univ. Hts. v. Rothschild* (2001), 141 Ohio App.3d 443.]

Court of Appeals of Ohio,
Eighth District, Cuyahoga County.

No. 78163.

Decided March 19, 2001.

*Irl Rubin,* Lyndhurst City Prosecutor, for appellee.

*Dennis P. Levin,* for appellant.

---

PATRICIA ANN BLACKMON, Judge.

This case originated in University Heights. However, the University Heights judge recused and asked the common pleas court's administrative judge to assign the case to a different municipality. The administrative judge, upon the voluntary disqualification by the University Heights judge, transferred the case to the Lyndhurst Municipal Court. The Lyndhurst trial judge dismissed appellant Edmund Rothschild's traffic violation charge and assessed the costs to him. He appeals the costs assessment. However, our first concern is jurisdictional.

Historically, this court has held that an administrative judge of the common pleas court on a trial judge's voluntary disqualification application is without authority to transfer or reassign a case unless specifically authorized by statute. See *Bedford v. Lacey* (1985), 30 Ohio App.3d 1, 30 OBR 38, 506 N.E.2d 224. We recently followed *Bedford v. Lacey* in *Rocky River v. Hughes* (Nov. 22, 2000), Cuyahoga App. No. 76771, unreported, 2000 WL 1739220. There, we held that only the Chief Justice of the Supreme Court of Ohio may reassign a case on a judge's voluntary disqualification from a case. *Id.* Consequently, we vacate the Lyndhurst Municipal Court's decision.

*Judgment vacated.*

KARPINSKI, A.J., and KILBANE, J., concur.